IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'23 OCT 20 PM3:39

---

Thaddeus Moore

10069 Guilford Rd.

Jessup Maryland 20794

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*


**-against-**

Subba Reddy

1000 Parrs Ridge Drive

Spencerville Maryland 20868

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

**Complaint for a Civil Case**

Case No. ____SAG-23CV2854

*(to be filled in by the Clerk's Office)*


Jury Trial:   ■ Yes   □ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thaddeus Moore |
| Street Address | 10069  Guilford Rd. |
| City and County | Jessup   Howard County |
| State and Zip Code | Maryland  20794 |
| Telephone Number | (301) 642-6938 |
| E-mail Address | thaddeusm090@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Subba Reddy |
| Job or Title (if known) | Real Estate Agent |
| Street Address | 10770 Columbia Pike, Suite 250 |
| City and County | Silver Spring  Montgomery County |
| State and Zip Code | Maryland 20901 |
| Telephone Number | (202) 510-8740 |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 3

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 4

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

■ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. °¡§¶ 1341 Fraud ,  U.S.C.°¡§¶ 666(a) (1) A) Conversion, U.S.C.°¡§¶ 1008

10 U.S.C. °¡§¶ 921-Art.121 Larceny and wrongful appropriation

42 U.S.C.°¡§¶  Ch 21 Civil Rights

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.      The Defendant(s)

    a.      If the defendant is an individual

The defendant, *(name)* Subba Reddy_____, is a citizen of the State of *(name)* Maryland Montgomery County____. *Or* is a citizen of *(foreign nation)* Pakistan_____.

    b.      If the defendant is a corporation

The defendant, *(name)* Subba Reddy_____, is incorporated under the laws of the State of *(name)* Maryland_____, and has its principal place of business in the State of *(name)* Maryland_____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Maryland 1000 Parrs Ridge Spencerville Maryland Property20868_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Property value and lost business

$16 million USD
_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

DEFENDANT PRODUCED A FRAUDULENT SURVEY AND AFTER BEING WARNED THROUGH MY ATTORNEY MR THOMAS MCKNIGHT THAT THE PROPERTY WAS OWNED BY ME. HE ABUSED THE JUDICIAL PROCESS ANYWAY AND AFTER 3 CIRCUIT COURT RULINGS IN MY FAVOR, A JUDGE ACCEPTED HIS FRAUDULENT SURVEY EVEN THOUGH MY SURVEYORS SURVEY MATCHED COUNTY RECORDS. AND DEFENDANT HAD NO EASEMENT. I HAVE BEEN WRONGFULLY JAILED AS A RESULT OF THIS. PAPERWORK PROVIDED IN EXHIBITS gives THE TRIAL. I AM SEEKING 16 million USD AND HIS ACTIONS PUT MY COMPANY OUT OF BUSINESS. DAMAGES.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

EMERGENCY TEMPORARY RESTRAINING ORDER GIVING ME MY PROPERTY BACK. HALT PROCEEDINGS of CASE # C-13-CR-23-000103 OR AT LEAST JUDGEMENT UNTIL THIS COURT RULES. I AM BEING CHARGED WITH CRIMINAL TRESPASSING AT MY OWN HOME FOR THE SECOND TIME BY THE SAME OFFICER AS WELL AS PROSECUTOR. PUBLIC CORRUPTION SEEMS TO BE PRESENT IN THE CASE. MY COMPANY HAS LOST AT LEAST 16 million DUE TO HIS ACTIONS. PUNITIVE DAMAGES SOUGHT FOR THE INTENTIONAL INFLICTION OF PAIN AND DURESS. LOSS OF CONSORTIUM - COMPANY REPUTATION DAMAGED. THIS CANT BE MEASURED.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-20- , 2023

Signature of Plaintiff

Printed Name of Plaintiff    THADDEVS MOORE

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__ .

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

Email Address                _____

8